UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-8988-MWF (SSx)**               Date: **November 21, 2012**

Title:     Cheri R. Sloan -v- Wells Fargo Bank, NA, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

On October 18, 2012, Plaintiff Cheri R. Sloan filed a Complaint in this Court. (Docket No. 1). However, the jurisdictional and venue allegations appeared to be defective, and the Court *sua sponte* issued an Order to Show Cause Re Jurisdiction and Venue on October 30, 2012. (Docket No. 4). Specifically, the Complaint alleges the existence of jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332, but fails to set forth the parties' citizenship. The Court also advised Plaintiff of pro se resources.

Plaintiff was ordered to respond in writing no later than November 12, 2012 and show cause why the action should not be dismissed for lack of jurisdiction. The Court warned Plaintiff that failure to respond by that date would result in dismissal of the action. Plaintiff failed to respond to the Court's Order.

Accordingly, Plaintiff has not shown that the Court has subject matter jurisdiction over this action, and the action is therefore dismissed without prejudice.

IT IS SO ORDERED.